| | |
|---|---|
| **Subject:** | RE: Full Circle United v. Bay Tek Entertainment, 20-cv-3395 (EDNY): Petro Subpoenas |
| **Date:** | Monday, December 6, 2021 at 8:20:51 PM Eastern Standard Time |
| **From:** | Lichtman, Leo |
| **To:** | Michael Morris, Terrence Schaul |
| **CC:** | 'Elaine Vorberg', Movit, Jeffrey, Lepera, Christine, Christina Casadonte-Apostolou, Reid Skibell, Paul Thanasides |
| **Attachments:** | image001.gif, image002.png |

Counsel,

We are not available on December 17. The options in December were never cleared with us, though we are amenable to dates in January. In all events however, this deposition cannot proceed until Petro is provided the recordings by your firm and a certification that no other recordings exist. If you do not provide them, we intend to seek relief before Justice Kornreich.

Best,



**Leo M. Lichtman** | **Associate**
T: 917.546.7696 | lml@msk.com
**Mitchell Silberberg & Knupp** LLP | **www.msk.com**
437 Madison Ave., 25th Floor, New York, NY 10022

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Michael Morris <mmorris@mcintyrefirm.com>
**Sent:** Friday, December 3, 2021 6:55 PM
**To:** Terrence Schaul <tschaul@mccarthyduffy.com>
**Cc:** evorberg@mccartjyduffy.com; Movit, Jeffrey <jmm@msk.com>; Lepera, Christine <ctl@msk.com>; Lichtman, Leo <lml@msk.com>; Christina Casadonte-Apostolou <christina@mcintyrefirm.com>; Reid Skibell <rskibell@hs-law.com>; Paul Thanasides <paul@mcintyrefirm.com>
**Subject:** [EXTERNAL] Re: Full Circle United v. Bay Tek Entertainment, 20-cv-3395 (EDNY): Petro Subpoenas

-EXTERNAL MESSAGE-
As I believe Mr. Thanasides previously indicated, we disagree that any such recordings would need to be delivered.

On December 3, 2021 at 6:44:25 PM, Terrence Schaul (tschaul@mccarthyduffy.com) wrote:

> Have the recordings been delivered as requested and required?
>
> Sent from my iPhone
>
>> On Dec 3, 2021, at 3:41 PM, Michael Morris <mmorris@mcintyrefirm.com> wrote:

Attached, please find the notice of taking Mr. Petro's deposition on 17 December.

We received your client's documents and thank him, but need them in their original format. Please let me know when we might expect them on non-PDF form.

Thank you,

Michael R. Morris
mmorris@mcintyrefirm.com
direct: 813.347.5569
cell: 561.707.8223

<mcintyre_icon.png>

McIntyre Thanasides Bringgold Elliott
  Grimaldi Guito & Matthews, P.A.
main: 813.223.0000 | fax: 813.899.6069
www.mcintyrefirm.com
Offices in Tampa, Sarasota, and Lakeland

This e-mail transmission, including any attachments, contains information that may be confidential and/or privileged. The information is intended to be for the use of the individual or entity to whom the communication is addressed. If you have received this electronic transmission in error, please immediately notify us by telephone at 813.223.0000.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful. This email has been scanned for viruses and malware.

Thanks,

Michael R. Morris
mmorris@mcintyrefirm.com
direct: 813.347.5569
cell: 561.707.8223

**McIntyre Thanasides**

McIntyre Thanasides Bringgold Elliott
  Grimaldi Guito & Matthews, P.A.
main: 813.223.0000 | fax: 813.899.6069
www.mcintyrefirm.com
Offices in Tampa, Sarasota, and Lakeland

This e-mail transmission, including any attachments, contains information that may be confidential and/or privileged. The information is intended to be for the use of the individual or entity to whom the communication is addressed. If you have received this electronic transmission in error, please immediately notify us by telephone at 813.223.0000.